

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 18 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**ERIN SMITH**                                                                 **PLAINTIFF**

**VS.**                                    CAUSE NO.: 5:24cv26 DCB-BWR

**TERRENCE MONDRELL ROCKER**
**AND PIRAMID TRUCKING INC.**                                        **DEFENDANTS**

**PLAINTIFF DEMANDS TRIAL BY JURY**

### COMPLAINT

COMES NOW, Erin Smith, Plaintiff herein, and files this her cause of action against Terrence Mondrell Rocker and Piramid Trucking Inc, stating as follows, to-wit:

### PARTIES

(1)

Plaintiff is an adult resident citizen of Franklin County, Mississippi.

Defendant, Terrence Mondrell Rocker (herein "Rocker") is an adult resident citizen of Mobile, Mobile County, Alabama. Defendant Rocker last known address is 1861 Andrew Street, Mobile, Alabama 36617-3329. At the time of the subject incident, Rocker was employed by and acting for Piramid Trucking Inc, 15170 Grady Dunn Road S, Wilmer, AL 36587-5000. Rocker may be served with process in this cause in accordance with §13-3-63 of the Mississippi Code of 1972 and pertinent parts of the Mississippi Rules of Civil Procedure relating to such service of process.

Defendant, Piramid Trucking Inc, (herein "Piramid") is a corporate non-resident of this state and is an Alabama corporation organized and existing pursuant to the laws of Alabama, having as its principal place of business 15170 Grady Dunn Road, S., Wilmer, Al

36587. Piramid's registered agent for service of process is Alexandr Bardari, 9285 Old Pascagoula Road, Theodore, Alabama 35682. Piramid may be served with process in this cause in accordance with §13-3-63 of the Mississippi Code of 1972 and pertinent portions of the Mississippi Rules of Civil Procedure relating to such process.

## JURISDICTION

(2)

The Court has original jurisdiction of this matter on account of complete diversity of citizenship between the parties as contemplated by 28 USCA §1332. The amount in controversy exceeds $75,000.00 exclusive of interest and costs.

## VENUE

(3)

The Court has venue of this accident pursuant to 28 USCA §1391 by virtue of the fact that the subject incident occurred within the confines of Adams County, Mississippi.

## FACTUAL STATEMENT

(4)

On or about the 16th day of August, 2022, Plaintiff, Erin Smith, was driving a vehicle in a generally westerly direction on John R. Junkin Drive in Natchez, Adams County, Mississippi. As she was proceeding through the intersection of U. S. Highways 61, 98 and 84 with the green light, Defendant Rocker negligently caused the vehicle he was driving to unlawfully pass through a red light resulting in a collision between the truck he was driving and the vehicle Plaintiff was driving. The collision between the vehicles was the sole proximate result of the negligence of Rocker. At the time of the subject collision, Rocker was operating his vehicle in the course and scope of his employment with Defendant Piramid. At all pertinent

times and at all times mentioned herein, Defendant Rocker was acting in the furtherance of the business of Defendant Piramid. All injuries and damages complained of herein by Plaintiff were the proximate result of the negligence of Defendant Rocker. Rocker violated one or more laws of the State of Mississippi and among them is the failure to stop at a red traffic signal and, thus, Rocker was negligent per se in the premises. Piramid is vicariously liable for the negligent acts and/or omissions of its employee, Rocker. Piramid may be guilty of its own separate acts of negligence as may be shown.

(5)

At all times mentioned herein, and at all times pertinent to this cause, Defendant Rocker was acting in the course and scope of his employment with Piramid and, perhaps others and, further, was acting in the furtherance of the business of Piramid and, perhaps others.

(6)

Defendant Rocker is a resident of the State of Alabama, and, at the time of the incident complained of herein, was operating a vehicle on a public street or highway within the State of Mississippi. By virtue of said operation, Rocker appointed as his true and lawful agent and attorney-in-fact, the Secretary of State of the State of Mississippi, Honorable Michael Watson, upon whom service of process in this cause my be had. By virtue of this state of affairs, its relationship with Rocker, and the laws of this State, Piramid, in effect, operated a vehicle on a public street or highway within the State of Mississippi and has likewise appointed the said Secretary of State of the State of Mississippi as its true and lawful agent and attorney-in-fact in the premises upon whom service of process in this cause may be had. Process upon Rocker and Piramid shall be made in accordance with the provisions of §13-3-63 of the Mississippi Code of 1972 and the Mississippi Rules of Civil Procedure relating thereto.

## DAMAGES

(7)

As a proximate result of the negligence of Rocker, Plaintiff, Erin Smith has suffered serious and permanent and painful injuries. She has incurred medical expenses of all types, and such expenses continue to the present. The full extent of her injuries and her future medical expense is not presently known. She has lost wages and is believed to have lost wage earning capacity. She has endured great pain and suffering and mental and emotional anguish, and such conditions are believed to be permanent in nature. She may have suffered a permanent disability. She has lost enjoyment of her life.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment of and from Defendants herein in an amount in excess of $75,000.00 exclusive of interest and costs plus pre-and post judgment interest as may be determined but in no event to exceed the sum of $1,500,000.00 as may be determined.

Respectfully submitted this the 15th day of March, 2024.

ERIN SMITH

PHILIP E. CARBY, ESQ. (MSB#5862)
Attorney for Plaintiff

PHILIP E. CARBY, ESQ., (MSB#5862)
PHILIP E. CARBY, P.C.
Post Office Box 1047
513 State Street
Natchez, MS 39121-1047
Telephone: 601-445-5011
Facsimile: 601-445-5033
Email: pcarby@carbylaw.com

ATTORNEY FOR PLAINTIFF

## SERVICE INSTRUCTIONS

Service may be had upon the Defendant Terrence Mondrell Rocker, by service upon the Secretary of State of the State of Mississippi in accordance with §13-3-63 of the Mississippi Code of 1972 and the Mississippi Rules of Civil Procedure, and by service upon him at his resident address, 1861 Andrew Street, Mobile, Alabama 36617-3329

Service may be had upon the Defendant Piramid Trucking Incr, by service upon the Secretary of State of the State of Mississippi in accordance with §13-3-63 of the Mississippi Code of 1972 and the Mississippi Rules of Civil Procedure, and by service upon its registered agent of service for process Alexandr Bardari, 9285 Old Pascagoula Road, Theodore, Alabama 35682-7841.