IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ERIN SMITH**                                                                                        **PLAINTIFF**

**VERSUS**                                   **CIVIL ACTION NO. 5:24-cv-00026-DCB-BWR**

**TERRENCE MONDRELL ROCKER
AND PIRAMID TRUCKING, INC.**                                                         **DEFENDANTS**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on the joint motion *ore tenus* ("Motion") of Plaintiff Erin Smith ("Plaintiff") and Defendants Terrence Mondrell Rocker and Piramid Trucking, Inc. (collectively referred to herein as "Defendants"), for a Judgment of Dismissal With Prejudice ("Judgment") of all claims of each and every nature pending in this action and/or that could have been filed in this action by Plaintiff against Defendants as a result of the accident and/or other matters here at issue, and it being stipulated and made known to the Court that all such claims have been fully compromised and settled as between Plaintiff and Defendants, and that there remain no issues to be litigated by or between Plaintiff and Defendants or adjudicated by the Court, and that Plaintiff and Defendants agree that all of said claims should be dismissed, with prejudice, and that Plaintiff and Defendants consent to the entry of this Judgment; the Court being fully advised in the premises, and having maturely considered same, is of the opinion and finds that said Motion is well taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that the Complaint and any and all claims of Plaintiff against Defendants should be and the same are hereby dismissed, with prejudice, with the parties bearing their own costs.

IT IS FURTHER HEREBY ORDERED AND ADJUDGED that Plaintiff shall resolve and be responsible for, to the exclusion of Defendants, and/or Defendants' insurer and/or counsel, any and all subrogation or assignment claims, any and all claims of all medical care suppliers or providers to Plaintiff, any and all claims of all of Plaintiff's health or automobile or other insurers, any and all claims of governmental and/or other entities including Medicare and/or Medicaid providing benefits or services to Plaintiff, and any and all other claims of any and all other persons or entities that exist, by way of subrogation or assignment or by operation of law or otherwise, as a result of the subject accident and/or injuries and/or damages to Plaintiff here at issue, with this including but not being limited to Medicare and/or Medicare-related entity liens and/or Medicare set-aside obligations and Medicaid and Medicaid-related entity liens and ChampVA and Tri-Care and/or other benefit providers to Plaintiff based on her military service-connected benefits situation, if any.

SO ORDERED AND ADJUDGED on this the 13th day of November, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED:

_____
PHILLIP E. CARBY (MSB # 5862)
CARBY & CARBY
513 STATE STREET
NATCHEZ, MISSISSIPPI 39120
601-445-5011 (TELEPHONE)
pcarby@carbylaw.com
ATTORNEY FOR PLAINTIFF ERIN SMITH

/s/ *signature*
_____
SAM S. THOMAS (MSB #8307)
sst@samthomaslaw.com
OWEN P. TERRY (MSB #105532)
oterry@samthomaslaw.com
THOMAS LAW, P.C.
POST OFFICE BOX 2790 (39130)
115-A HOMESTEAD DRIVE
MADISON, MISSISSIPPI 39110
ATTORNEYS FOR DEFENDANTS
TERRENCE MONDRELL ROCKER
AND PIRAMID TRUCKING, INC.